UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------X

LENORE B. WINKELMAN-GROGAN

Plaintiff,                          Case No.: 25-cv-08343-NSR

-against-

AMERICAN RED CROSS, ET AL.,

Defendants.

----------------------------------------------------------------X

**NOTICE OF MOTION SEEKING DISMISSAL OF THE COMPLAINT PURSUANT TO RULE 12(B)(5) AND RULE 12(B)(6) OF THE FEDERAL RULES OF CIVIL PROCEDURE**

**PLEASE TAKE NOTICE** that, pursuant to Rule 12(b)(5) and Rule 12(b)(6) of the Federal Rules of Civil Procedure, and upon: (1) the accompanying Memorandum of Law in Support of Defendants' Motion to Dismiss Plaintiff's Complaint; and (2) the Declaration of Nicholas Pasalides, Esq. executed on December 30, 2025 and Exhibits A-B attached thereto, Defendants will move this Court at the United States District Courthouse for the Southern District of New York, 300 Quarropas Street White Plains, NY 10601 before the Honorable Nelson Stephen Roman, United States District Court Judge, for an Order Dismissing Plaintiff's Complaint, filed October 8, 2025, with prejudice.

**PLEASE TAKE FURTHER NOTICE** that opposing affidavits and answering memoranda, if any, must be: (i) filed with the Clerk of the Court, United States District Court, Southern District of New York, in accordance with the Civil Rules and the Local Rules of this Court, including any rules governing filing by electronic means; and (ii) served upon , Eckert Seamans Cherin & Mellott, LLC 10 Bank Steet, Suite 700, White Plains, New York 10606, within the time specified in the Court's Local Rules.

*See* Pg. 2

**MEMO ENDORSED**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/05/2026

1

Dated: White Plains, New York.
　　　　December 30, 2025

ECKERT SEAMANS CHERIN & MELLOTT, LLC
*Attorneys for Defendants*

By: */s/ Nicholas A. Pasalides*
　　Nicholas A. Pasalides
　　10 Bank Street, Suite 700
　　White Plains, NY  10606
　　(914) 286-2851
　　npasalides@eckertseamans.com

　　Jeffrey W. Larroca, Esq. (pro hac vice anticipated)
　　Asha Brownlee, Esq. (pro hac vice anticipated)
　　1717 Pennsylvania Ave., NW
　　Suite 1200
　　Washington, DC 20006
　　(202) 659-6646
　　jlarroca@eckertseamans.com
　　(202) 659-6680
　　abrownlee@eckertseamans.com

TO:　Lenore B. Winkelman-Grogran
　　　25 Lake Road
　　　Salisbury Mills, NY 12577

The Court is in receipt of Defendants' motion, and support papers, to dismiss the operative complaint. (*See* ECF Nos. 12–15.)  Defendants, however, did not follow the Court's Individual Rules, which require them to move for a pre-motion conference.  The Court nevertheless deems Defendants' motion and supporting papers as properly served.  The remainder of the briefing schedule is as follows:

1. *Pro se* Plaintiff's opposition papers shall be served (not filed) on February 19, 2026; and
2. Defendants' reply papers shall be served on March 6, 2026.

All motion papers are to be filed by Defendants, including *pro se* Plaintiff's opposition papers, on the reply date, March 6, 2026.  The parties are directed to mail two physical copies and Defendants are further directed to email an electronic copy to Chambers of each set of motion documents, including *pro se* Plaintiff's opposition, as they are served.  The Clerk of Court is kindly directed to mail this Endorsement to *pro se* Plaintiff at the address listed on ECF and to show service on the docket, and to terminate the motion at ECF No. 12.

Date: January 5, 2026
　　　White Plains, NY

SO ORDERED:

NELSON S. ROMÁN
United States District Judge

2